1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   HPROF, LLC,

12              Plaintiff,                    No. 2:12-cv-2757 MCE DAD PS

13        vs.

14   MICHAEL TAYLOR,                          ORDER

15              Defendant.

16   _____/

17              Defendant is proceeding pro se in the above-entitled action.  The matter was

18   referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

19              On November 15, 2012, the Magistrate Judge filed findings and recommendations

20   herein (ECF No. 3) which were served on Defendant and which contained notice that any

21   objections to the findings and recommendations were to be filed within fourteen days after

22   service of the findings and recommendations.  The fourteen-day period has expired, and

23   Defendant has not filed objections to the findings and recommendations.

24              The Court has reviewed the file and finds the findings and recommendations to be

25   supported by the record and by the Magistrate Judge's analysis.

26   ///

1

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed November 15, 2012 (ECF No. 3) are ADOPTED in full;

2.  This action is summarily REMANDED to the San Joaquin County Superior Court; and

3.  The Clerk of the Court is directed to close this case.

Dated:  January 22, 2013

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE

2