IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HPROF, LLC,

    Plaintiff,                        No. 2:12-cv-2757 MCE DAD PS

    vs.

MICHAEL TAYLOR,               ORDER

    Defendant.

        Defendant is proceeding pro se in the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

        On November 15, 2012, the Magistrate Judge filed findings and recommendations herein (ECF No. 3) which were served on Defendant and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. The fourteen-day period has expired, and Defendant has not filed objections to the findings and recommendations.

        The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

///

1       Accordingly, IT IS HEREBY ORDERED that:

2       1. The findings and recommendations filed November 15, 2012 (ECF No. 3) are ADOPTED in full;

4       2. This action is summarily REMANDED to the San Joaquin County Superior Court; and

6       3. The Clerk of the Court is directed to close this case.

Dated: January 22, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE

2